| | | | |
|---|---|---|---|
| State v. Walker<br><br>Case below:<br>Guilford County<br>Superior Court | No. 076A95-4 | AG's Emergency Motion to Vacate Stay of Execution Entered by Superior Court of Guilford County | Denied<br>(12/02/04) |
| State v. Ward<br><br>Case below:<br>Halifax County<br>Superior Court | No. 068A99-2 | 1.  Def's Motion for Temporary Stay<br><br>2.  Def's Petition for Writ of Supersedeas<br><br>3.  Def's PWC<br><br>4.  Def's Petition for Writ of Mandamus | 1. Denied<br>**10/27/04**<br><br>2. Denied<br>**10/27/04**<br><br>3. Denied<br>**10/27/04**<br><br>4. Denied<br>**10/27/04** |
| State v. Webb<br><br>Case below:<br>153 N.C. App. 325 | No. 506P04 | 1.  Def's PDR Under N.C.G.S. § 7A-31 (COA01-1508)<br><br>2.  Def's Alternative PWC to Review the Decision of the COA | 1. Dismissed<br>(12/02/04)<br><br>2. Dismissed<br>(12/02/04) |
| State v. Whitfield<br><br>Case below:<br>165 N.C. App. 547 | No. 439P04 | 1.  Def's NOA Based Upon a Constitutional Question (COA03-1088)<br><br>2.  Def's PDR Under N.C.G.S. § 7A-31<br><br>3.  AG's Motion to Dismiss Appeal | 1. ——<br><br>2. Denied<br>(12/02/04)<br><br>3. Allowed<br>(12/02/04) |
| State v. Williams<br><br>Case below:<br>163 N.C. App. 614 | No. 387P04 | 1.  Def's PWC to Review the Order of the COA (COA03-735)<br><br>2.  Def's Petition for Writ of Mandamus | 1. Denied<br>(12/02/04)<br><br>2. Denied<br>(12/02/04) |
| Stetser v. Tap Pharmaceutical Prods., Inc.<br><br>Case below:<br>162 N.C. App. 518 | No. 142PA04 | Plts' PDR Under N.C.G.S. § 7A-31 (COA03-180) | Allowed<br>(12/02/04) |
| Van Keuren v. Little<br><br>Case below:<br>165 N.C. App. 244 | No. 397P04 | Plt's PDR Under N.C.G.S. § 7A-31 (COA03-1389) | Denied<br>(12/02/04) |
| WMS, Inc. v. Weaver<br><br>Case below:<br>166 N.C. App. 352 | No. 578P04 | Defs' (Alltel Communications, Inc. and Alltel Communications of the Carolinas, Inc.) PDR Under N.C.G.S. § 7A-31 (COA03-1063) | Denied<br>(12/02/04) |